United States District Court
Southern District of Texas
FILED

APR 2 8 2010

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. M-10-po-2036 |
| | § |
| PEDRO OCHOA-ESTRADA | § |

## ORDER

The Court has considered the Government's Unopposed Motion for Continuance of the Re-Arraignment ~~because the Government is seeking said A-File to resolve this case in an equitable and just manner.~~ The Court is of the opinion that the motion should be, and is hereby, GRANTED.

Therefore, the Re-Arraignment is continued to the 4th day of May, 2010, at 10:30 a.m./~~p.m.~~

SIGNED this the 28th day of April, 2010, at McAllen, Texas.

Peter E. Ormsby
UNITED STATES MAGISTRATE JUDGE